```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  RACHELLE BARBOUR, Bar #185395
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  MARIO J. ARAUZA-ZAMUDIO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR-S-07-153-DLJ |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) CONTINUING STATUS CONFERENCE |
| MARIO J. ARAUZA-ZAMUDIO, | ) Date: July 3, 2007 |
| | ) Time: 9:00 a.m. |
| | ) Judge: Hon. D. Lowell Jensen |
| Defendant. | ) |

It is hereby stipulated and agreed to between the United States of America through Kyle Reardon, Assistant United States Attorney and MARIO J. ARAUZA-ZAMUDIO, by and through his counsel, Rachelle Barbour, Assistant Federal Defender, that the status conference presently scheduled for June 19, 2007 be vacated and rescheduled for July 3, 2007 at 8:30 a.m.

This continuance is being requested because defense counsel received the pre-plea report yesterday from the probation office and has not yet received a plea offer in this case. Defense counsel is reviewing the discovery and pre-plea report with Mr. Arauza-Zamudio,

who is considering retaining counsel.

IT IS STIPULATED that the period from the date of this stipulation through and including July 3, 2007, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for preparation of defense counsel.

Dated: June 15, 2007

                    Respectfully submitted,

                    DANIEL J. BRODERICK
                    Federal Defender

                    /s/ Rachelle Barbour

                    RACHELLE BARBOUR
                    Assistant Federal Defender
                    Attorney for Defendant
                    MARIO J. ARAUZA-ZAMUDIO

Dated: June 15, 2007

                    MCGREGOR W. SCOTT
                    United States Attorney

                    /s/ Rachelle Barbour for

                    KYLE REARDON
                    Assistant U.S. Attorney

ORDER

IT IS SO ORDERED.

Dated: June 20, 2007

                    D. LOWELL JENSEN
                    United States District Judge