DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARIO J. ARAUZA-ZAMUDIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-07-153-DLJ |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| MARIO J. ARAUZA-ZAMUDIO, | Date: July 24, 2007<br>Time: 9:00 a.m.<br>Judge: Hon. D. Lowell Jensen |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Kyle Reardon, Assistant United States Attorney and MARIO J. ARAUZA-ZAMUDIO, by and through his counsel, Rachelle Barbour, Assistant Federal Defender, that the status conference presently scheduled for July 3, 2007 be vacated and rescheduled for July 24, 2007 at 10:00 a.m.

This continuance is being requested because defense counsel is conducting investigation into Mr. Arauza-Zamudio's criminal history in order to verify the calculations in the pre-plea presentence report and the plea agreement.

1    IT IS STIPULATED that the period from the date of this stipulation
2 through and including July 24, 2007, be excluded in computing the time
3 within which trial must commence under the Speedy Trial Act, pursuant
4 to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for preparation of
5 defense counsel.

Dated: July 2, 2007

>                                   Respectfully submitted,
>
>                                   DANIEL J. BRODERICK
>                                   Federal Defender
>
>                                   /s/ Rachelle Barbour
>                                   _____
>                                   RACHELLE BARBOUR
>                                   Assistant Federal Defender
>                                   Attorney for Defendant
>                                   MARIO J. ARAUZA-ZAMUDIO

Dated: July 2, 2007

>                                   MCGREGOR W. SCOTT
>                                   United States Attorney
>
>                                   /s/ Rachelle Barbour for
>                                   _____
>                                   KYLE REARDON
>                                   Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: _July 3, 2007

>                                   /s/ D. Lowell Jensen
>                                   _____
>                                   D. LOWELL JENSEN
>                                   United States District Judge