GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for MARIO JOSE ARAUZA-ZAMUDIO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-07-153-DLJ |
| Plaintiff, ) | STIPULATION AND ORDER |
| vs. ) | |
| MARIO JOSE ARAUZA-ZAMUDIO, ) | |
| Defendant. ) | |

Defendant Mario José Arauza-Zamudio, through Gilbert A. Roque, his attorney of record, and the United States of America, through Assistant United States Attorney Kyle F. Reardon, agree that the Status Conference set for September 11, 2007, at 9:00 a.m., be continued to September 25, 2007, at 9:00 a.m.

In addition, it is agreed that the Court should find excludable time through September 25, 2007, pursuant to Local Rule T-4.

Respectfully submitted,

DATED: September 7, 2007    /s/ Gilbert A. Roque
GILBERT A. ROQUE, Attorney for
MARIO JOSE ARAUZA-ZAMUDIO, Defendant

DATED: September 7, 2007    /s/ Kyle F. Reardon
KYLE F. REARDON
Assistant United States Attorney
(Signed per e-mail authorization)

**IT IS SO ORDERED.**

DATED: 9/7/07
_____
HONORABLE D. LOWELL JENSEN
United States District Judge