UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

### ORDER OF REASSIGNMENT

Pursuant to the Order of Designation of District Judge to Service in Another District within the Ninth Circuit, and good cause appearing therefore:

IT IS HEREBY ORDERED this action is reassigned from **Judge** D. Lowell Jensen to **Judge** John C. Coughenour for all purposes.

The new case number for this action, which must be used on all future documents filed with the court, is: 2:07-cr-0153 JCC.

All dates currently set in this reassigned actions shall remain pending subject to further order of the court.

Dated:  **November 1, 2007**

_____
GARLAND E. BURRELL, JR.
United States District Judge