1 | McGREGOR W. SCOTT
United States Attorney
2 | KYLE REARDON
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2700

5

6

7

8 |            IN THE UNITED STATES DISTRICT COURT

9 |         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          )  CR. S-07-0153 JCC
                                      )
12 |            Plaintiff,             )
                                      )  Government Motion for
13 |       v.                         )  Exclusion of Time Under the
                                      )  Speedy Trial Act and Order
14 | MARIO JOSE ARAUZA-ZAMUDIO,        )
      aka Juan Gonzales,              )
15 |   aka Jose Marino Arauza-Zamudio, )  Trial: December 17, 2007
      aka Mario Joe Arauza,           )  Time: 9:00 A.M.
16 |                                   )  Judge: Hon. John C.
                 Defendant.           )         Coughenour
17 |                                   )
                                      )
18 | _____)

19 |       The government moves that the time between the previously

20 | set trial date of December 17, 2007, and January 2, 2007, the

21 | newly set trial date, be excluded from the calculation of time

22 | under the Speedy Trial Act.  The government submits that the ends

23 | of justice are served by the Court excluding such time.  18

24 | U.S.C. § 3161(h)(8)(A).  In particular, the government, in an

25 | attempt to resolve a potential trial issue and in response to

26 | requests by the defense for additional discovery relating to the

27 | defendant's criminal history, is attempting to locate a

28 | transcript of a 1995 change of plea hearing involving the

1

1  defendant that occurred in Stanislaus County Superior Court.

2  State court transcripts in Stanislaus County are generally

3  destroyed after 10 years, as a result, this transcript is no

4  longer in the county court reporter's office.  However, the

5  government, in the exercise of due diligence, is exhausting every

6  investigative lead in an attempt to locate this evidence and has

7  contacted one final source who no longer resides in the area.

8  This source is the court reporter who transcribed the change of

9  plea hearing and who may have a copy of the transcript in her

10 personal files.

11      The government believes that the defendant will attempt to

12 make this change of plea hearing a significant issue at trial.

13 As a result, the government believes that a diligent search for

14 and examination of this transcript, if it is located, is

15 necessary for the effective preparation of both counsel.

16 Furthermore, the government believes that resolution of this last

17 outstanding issue could obviate the need for a trial.

18      Proceeding on this criminal matter under the Speedy Trial

19 clock while a potentially critical issue is being investigated

20 may result in a miscarriage of justice by preventing an effective

21 search for the missing material and proper preparation by both

22 counsel if it is located.  Therefore, the government believes

23 that an exclusion of time from the speedy trial calculation is

24 warranted.  18 U.S.C. § 3161(h)(8)(B)(I).  The government

25 believes that the interests of justice served by granting an

26 exclusion of time from December 17, 2007, through the start of

27 ///

28 ///

1  trial on January 2, 2007, outweighs interests of the public and

2  the defendant in a speedy trial.   18 U.S.C. § 3161(h)(8)(A).

3
                                    Respectfully submitted,

4                                   McGREGOR W. SCOTT
                                    United States Attorney
5

6  Date: December 12, 2007      By:  */s/ Kyle Reardon*
                                    KYLE REARDON
7                                   Assistant U.S. Attorney

8                                   Attorneys for the Plaintiff
                                    UNITED STATES OF AMERICA
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    3

## ORDER

On Wednesday, December 12, 2007, the trial date in case number S-07-0153 JCC, previously set for Monday, December 17, 2007, at 10:30 am, was continued to Monday, January 2, 2007, at 9:00 am.  The time beginning December 17, 2007, and extending through January 2, 2007, is hereby excluded from the calculation of time under the Speedy Trial Act.  The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated:December 14, 2007

JOHN C. COUGHENOUR
United States District Judge

4