McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. S-07-0153 JCC |
| Plaintiff, | ) |
| | ) Order |
| v. | ) |
| MARIO JOSE ARAUZA-ZAMUDIO, | ) Trial: December 17, 2007 |
| aka Juan Gonzales, | ) Time: 9:00 A.M. |
| aka Jose Marino Arauza-Zamudio, | ) Judge: Hon. John C. |
| aka Mario Joe Arauza, | )        Coughenour |
| Defendant. | ) |

On December 12, 2007, the parties appeared before the Court in case number S-07-0153 JCC. At that time, the Court ordered that the trial date of December 17, 2007, be reset to January 2, 2007. This order was based upon an unexpected delay in the

///
///
///
///
///
///
///

1

1 | completion of a trial over which the Court is currently
2 | presiding.

3
4                                    Respectfully submitted,

                                     McGREGOR W. SCOTT
5                                    United States Attorney

6  Date: December 12, 2007    By:    /s/ Kyle Reardon
                                     KYLE REARDON
7                                    Assistant U.S. Attorney

8                                    Attorneys for the Plaintiff
                                     UNITED STATES OF AMERICA
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

The trial date in case number S-07-0153 JCC, which was set for Monday, December 17, 2007, at 10:30 am, is continued to Monday, January 2, 2008, at 9:00 am. Both parties are advised that trial briefs, proposed jury instructions, proposed voir dire, and witness and exhibit lists are due on Friday, December 28, 2007.

IT IS SO ORDERED.

Dated: December 18, 2007

*/s/ John C. Coughenour*
JOHN C. COUGHENOUR
United States District Judge